B 2100A (Form 2100A) (12/15)

FILED
SEP 1 8 2017 
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re  Valuepart, Incorporated                ,          Case No.  16-34169

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Korea Trade Insurance Corporation | Daechang Forging, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Bluestone Law Ltd. Attn: Michelle Park
  4800 Hampden Ln. #200 Bethesda, MD

Court Claim # (if known):      86
Amount of Claim:   $2,376,343.66
Date Claim Filed:    12/22/2016

Phone:  301-656-0230
Last Four Digits of Acct #: _____

Phone:  87-55-3293911
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Soyoung Michelle Park             Date: 09/13/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Exhibit A

한국무역보험공사 귀중
To: Korea Trade Insurance Corporation

# 양 도 증 서
# Letter of Assignment

o 수출자의 상호와 주소(Name and Address of the Exporter)
  : 대창단조㈜ 경상남도 김해시 생림면 봉림로 115-92( DAECHANG FORGING CO.,LTD 115-92,BONGNIM-RO,SAENGNIM-MYEON,GIMHAE-SI,GYEONGSANGNAM-DO, KOREA )

o 수입자의 상호와 주소(Name and Address of the Importer)
  : VALUEPART INC   945 LAKEVIEW PARKWAY SUITE 110 VERNON HILLS ILLINOIS(IL.) 60061

o 매입은행(Negotiating Bank) :

o 어음금액, 발행인, 발행일 및 만기일(Amount, Drawer, Date of Issue and Maturity of the Draft)

|  | Amount | Drawer | Date of Issue and Maturity of the Draft |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

o 양도대금(Amount of Assignment) : U$2,376,343.66

※ 한국무역보험공사(이하 K-SURE)로 양도된 채권의 세부 목록은 "붙임 1"을 참고하시기 바랍니다.
※ Refer to "Annex 1" for the detailed list of the claims assigned to Korea Trade Insurance Corporation (hereinafter "K-SURE").

o 추심은행의 상호와 주소(Name and Address of the Collection Bank)
  :

위 수출자는 위 수입자와 2016. 6. 18. 자로 수출계약(이하 "수출계약"이라고 합니다.)을 체결하고 수출상품을 선적하였으나 수입자가 수출대금을 지급하지 아니하여 귀 공사로부터 2017. 5 .16. 자에 보험금이 지급되었습니다.

The Exporter made and entered into an export contract(s) with the Importer on Jun 18, 2016(hereinafter the "Contract") and shipped the goods in accordance with the terms and conditions of the Contract. However, the Importer did not pay the sale price(s) to the Exporter and as a result, the insurance money was paid by K-SURE, on May 16, 2017.

따라서, 수출자는 다음과 같이 약정합니다.
NOW, THEREFORE, the Exporter hereby undertakes as follows.

### 제1조 채권의 양도(Assignment)

(1) 수출자는 수출계약과 관련하여 수입자에 대하여 가지는 계약대금 청구권, 물품반환청구권, 손해배상청구권, 계약해제권, 부당이득반환청구권, 어음금청구권, 구상권 등 일체의 모든 권리와 권한을 귀 공사에게 양도합니다. 명의상의 수입자 이외에 실제의 수입자가 별도로 있는 경우에는 이 양도증서에서의 "수입자"는 명의상의 수입자뿐만 아니라 실제의 수입자도 포함합니다.

The Exporter irrevocably assigns to K-SURE all claims, credits, demands, authority, powers, privileges, and all rights of whatsoever nature, which the Exporter has against the Importer under or in relation to the Contract, including but not limited to all claims for the sale price(s), all claims for the return of the exported goods, all claims for compensation for loss and damage arising from breach of the Contract, the right to terminate, rescind, repudiate or cancel the contract, the claim based on unjust enrichment, and all claims based upon the draft(s) and all subrogated claims. In the event that there is an actual or beneficial importer other than the above named Importer, the reference to the "Importer" hereunder shall include such an actual or beneficial importer as well as the above named Importer.

(2) 수출계약과 관련하여 신용장이 발행되었거나 선하증권, 운송장, 창고증권, 보증서 등이 발행된 경우에는 그러한 증서의 채무자들에 대한 수출자의 일체의 권리와 권한도 아울러 귀 공사에게 양도합니다. 이러한 경우에는 위 채무자들에 대하여 수입자에 준하는 조치를 취하겠습니다.

In the event that a letter of credit, bill of lading, air or sea waybill, warehouse receipt and/or a letter of guarantee or any other documents of whatsoever nature has or have been issued under or in connection with the Contract, the Exporter irrevocably assigns to K-SURE all claims, credits, demands, authority, powers, privileges, and all rights of whatsoever nature which the Exporter has against the responsible parties on such documents or transactions. In such a case, the Exporter hereby agrees to take all necessary measures hereunder as if such responsible parties are the Importer hereunder.

### 제2조  양도의 통지(Notification)

수출자는 이 양도증서 작성 후 즉시 수입자에게 이 증서에 따른 채권양도의 사실을 통지하겠으며, 통지는 수입자 및 다른 모든 제3자에게 대항할 수 있는 방법으로 하겠습니다. 수출자는 위와 같은 통지의무를 부담함과 아울러, 귀 공사가 직접 수출자를 대리하여 채권양도에 관한 통지를 수입자에게 하는 권한도 귀 공사에게 부여합니다.

The Exporter hereby agrees to notify the Importer of the fact of assignment hereunder immediately after the signing of this Letter of Assignment in such methods that will make the assignment fully effective and valid with respect to the Importer and any third parties. Without prejudice to the above obligation to notify the Importer of the assignment, the Exporter hereby grants to K-SURE the full power and authority to notify the Importer of the assignment on behalf of the Exporter.

### 제3조  어음 및 증서(Draft and Other Documents)



수출자는 이 양도증서 작성 후 즉시 관련 어음 및 증서를 귀 공사앞으로 배서양도하겠습니다.

Immediately upon signing this Letter of Assignment, the Exporter hereby agrees to endorse and deliver the draft(s) and all other relevant documents to K-SURE.

### 제4조  명의 사용 권한(Right to Use Name)

수출자는 귀 공사가 양수한 채권을 어떠한 방법으로든 행사하거나 관련 소송, 중재 등을 수행함에 있어서 필요한 경우 수출자의 명의를 사용할 수 있는 권한을 귀 공사에게 부여합니다.

The Exporter hereby grants to K-SURE the full power and authority to use the name of the Exporter, as K-SURE deems necessary or appropriate, in order to collect, to bring an action or to arbitrate, or to exercise the above-mentioned assigned rights in any other manner.

### 제5조  협조의무(Cooperation)

수출자는 귀 공사가 양수한 채권을 어떠한 방법으로든 행사하거나 관련 소송, 중재 등을 수행함에 있어서 최대한의 모든 협조를 다할 것을 약정합니다. 이와 같은 협조는 귀 공사가 요청하는 경우 관련 자료 및 정보 일체를 제공하는 것, 사실관계를 상세히 조사하는 것, 그리고 법정증언을 하는 것을 포함하되 여기에 한정되지는 않는다는 것을 확인합니다.

The Exporter hereby agrees to provide full cooperation to K-SURE in support of K-SURE's efforts to collect, to bring an action or to arbitrate, or to exercise the above-mentioned assigned rights in any other manner including but not limited to

providing and producing any relevant documents, materials and information, investigating the detailed facts and circumstances and providing oral testimony, if requested by K-SURE.

날짜(Date) : 2017년 5월 16일  May 16, 2017

수출자(Exporter)   DAE CHANG FORGING CO., LTD.

KWON IL PARK

K. I. PARK REPRESENTATIVE DIRECTOR

<붙임 1>(Annex 1)

| INVOICE NO | INVOICE DATE | B/L DATE | INVOICE AMOUNT | DUE DATE | PAID AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| DC-2K16-0519-02 | 2016/05/19 | 2016/05/29 | US$42,453.10 | 2016/09/26 | | US$42,453.10 |
| DC-2K16-0516-03 | 2016/05/16 | 2016/05/30 | US$36,176.38 | 2016/09/27 | | US$36,176.38 |
| DC-2K16-0519-07 | 2016/05/19 | 2016/05/30 | US$34,206.02 | 2016/09/27 | | US$34,206.02 |
| DC-2K16-0523-08 | 2016/05/23 | 2016/06/05 | US$43,541.20 | 2016/10/03 | | US$43,541.20 |
| DC-2K16-0526-02 | 2016/05/26 | 2016/06/05 | US$40,654.08 | 2016/10/03 | | US$40,654.08 |
| DC-2K16-0519-03 | 2016/05/19 | 2016/06/08 | US$33,948.48 | 2016/10/06 | | US$33,948.48 |
| DC-2K16-0603-02 | 2016/06/03 | 2016/06/11 | US$42,416.76 | 2016/10/09 | | US$42,416.76 |
| DC-2K16-0523-09 | 2016/05/23 | 2016/06/15 | US$37,354.86 | 2016/10/13 | | US$37,354.86 |
| DC-2K16-0603-03 | 2016/06/03 | 2016/06/15 | US$33,601.12 | 2016/10/13 | | US$33,601.12 |
| DC-2K16-0614-04 | 2016/06/14 | 2016/06/18 | US$38,479.22 | 2016/10/16 | | US$38,479.22 |
| DC-2K16-0614-06 | 2016/06/14 | 2016/06/18 | US$34,763.16 | 2016/10/16 | | US$34,763.16 |
| DC-2K16-0614-05 | 2016/06/14 | 2016/06/22 | US$42,157.90 | 2016/10/20 | | US$42,157.90 |
| DC-2K16-0619-01 | 2016/06/19 | 2016/06/30 | US$43,838.10 | 2016/10/28 | | US$43,838.10 |
| DC-2K16-0619-02 | 2016/06/19 | 2016/07/01 | US$46,352.82 | 2016/10/29 | | US$46,352.82 |
| DC-2K16-0619-03 | 2016/06/19 | 2016/07/01 | US$41,310.60 | 2016/10/29 | | US$41,310.60 |
| DC-2K16-0619-04 | 2016/06/19 | 2016/07/07 | US$39,464.22 | 2016/11/04 | | US$39,464.22 |
| DC-2K16-0628-04 | 2016/06/28 | 2016/07/08 | US$39,481.16 | 2016/11/05 | | US$39,481.16 |
| DC-2K16-0701-05 | 2016/07/01 | 2016/07/13 | US$39,911.16 | 2016/11/10 | | US$39,911.16 |
| DC-2K16-0705-09 | 2016/07/05 | 2016/07/19 | US$33,707.80 | 2016/11/16 | | US$33,707.80 |
| DC-2K16-0708-01 | 2016/07/08 | 2016/07/19 | US$38,046.32 | 2016/11/16 | | US$38,046.32 |
| DC-2K16-0708-02 | 2016/07/08 | 2016/07/20 | US$36,386.80 | 2016/11/17 | | US$36,386.80 |
| DC-2K16-0708-03 | 2016/07/08 | 2016/07/21 | US$36,057.64 | 2016/11/18 | | US$36,057.64 |
| DC-2K16-0715-07 | 2016/07/15 | 2016/07/27 | US$37,883.72 | 2016/11/24 | | US$37,883.72 |
| DC-2K16-0715-08 | 2016/07/15 | 2016/07/27 | US$40,188.50 | 2016/11/24 | | US$40,188.50 |
| DC-2K16-0716-03 | 2016/07/16 | 2016/07/27 | US$37,389.06 | 2016/11/24 | | US$37,389.06 |
| DC-2K16-0715-06 | 2016/07/15 | 2016/07/30 | US$35,363.48 | 2016/11/27 | | US$35,363.48 |
| DC-2K16-0715-05 | 2016/07/15 | 2016/07/31 | US$41,576.04 | 2016/11/28 | | US$41,576.04 |
| DC-2K16-0727-06 | 2016/07/27 | 2016/08/04 | US$42,000.04 | 2016/12/02 | | US$42,000.04 |
| DC-2K16-0726-03 | 2016/07/26 | 2016/08/05 | US$39,774.12 | 2016/12/03 | | US$39,774.12 |
| DC-2K16-0726-01 | 2016/07/26 | 2016/08/10 | US$43,480.24 | 2016/12/08 | | US$43,480.24 |
| DC-2K16-0726-02 | 2016/07/26 | 2016/08/10 | US$40,862.72 | 2016/12/08 | | US$40,862.72 |
| DC-2K16-0810-03 | 2016/08/10 | 2016/08/15 | US$42,946.10 | 2016/12/13 | | US$42,946.10 |
| DC-2K16-0802-10 | 2016/0/02 | 2016/08/21 | US$36,295.88 | 2016/12/19 | | US$36,295.88 |
| DC-2K16-0812-05 | 2016/08/12 | 2016/08/21 | US$43,184.50 | 2016/12/19 | | US$43,184.50 |
| DC-2K16-0812-06 | 2016/08/12 | 2016/08/22 | US$42,790.92 | 2016/12/20 | | US$42,790.92 |
| DC-2K16-0812-13 | 2016/08/12 | 2016/08/22 | US$40,830.34 | 2016/12/20 | | US$40,830.34 |
| DC-2K16-0816-06 | 2016/08/16 | 2016/08/27 | US$43,377.40 | 2016/12/25 | | US$43,377.40 |
| DC-2K16-0829-09 | 2016/08/29 | 2016/09/03 | US$34,292.08 | 2017/01/01 | | US$34,292.08 |
| DC-2K16-0829-02 | 2016/08/29 | 2016/09/04 | US$43,697.68 | 2017/01/02 | | US$43,697.68 |
| DC-2K16-0826-04 | 2016/08/26 | 2016/09/05 | US$40,460.88 | 2017/01/03 | | US$40,460.88 |
| DC-2K16-0831-07 | 2016/08/31 | 2016/09/07 | US$44,240.56 | 2017/01/05 | | US$44,240.56 |
| DC-2K16-0831-06 | 2016/08/31 | 2016/09/12 | US$42,401.36 | 2017/01/10 | | US$42,401.36 |
| DC-2K16-0826-10 | 2016/08/26 | 2016/09/21 | US$39,682.62 | 2017/01/19 | | US$39,682.62 |
| DC-2K16-0831-09 | 2016/08/31 | 2016/09/21 | US$41,374.70 | 2017/01/19 | | US$41,374.70 |
| DC-2K16-0913-02 | 2016/09/13 | 2016/09/23 | US$42,156.62 | 2017/01/21 | | US$42,156.62 |
| DC-2K16-0908-05 | 2016/09/08 | 2016/09/24 | US$44,372.88 | 2017/01/22 | | US$44,372.88 |
| DC-2K16-0909-09 | 2016/09/09 | 2016/09/24 | US$39,760.88 | 2017/01/22 | | US$39,760.88 |
| DC-2K16-0901-06 | 2016/09/01 | 2016/09/25 | US$40,735.72 | 2017/01/23 | | US$40,735.72 |
| DC-2K16-0905-09 | 2016/09/05 | 2016/09/25 | US$40,390.58 | 2017/01/23 | | US$40,390.58 |
| DC-2K16-0908-06 | 2016/09/08 | 2016/09/25 | US$40,140.40 | 2017/01/23 | | US$40,140.40 |
| DC-2K16-0908-07 | 2016/09/08 | 2016/09/25 | US$42,704.16 | 2017/01/23 | | US$42,704.16 |
| DC-2K16-0909-08 | 2016/09/09 | 2016/09/28 | US$34,785.40 | 2017/01/26 | | US$34,785.40 |
| DC-2K16-0913-01 | 2016/09/13 | 2016/09/28 | US$37,886.40 | 2017/01/26 | | US$37,886.40 |
| DC-2K16-0922-04 | 2016/09/22 | 2016/10/02 | US$38,537.00 | 2017/01/30 | | US$38,537.00 |
| DC-2K16-0905-08 | 2016/09/05 | 2016/10/03 | US$36,991.86 | 2017/01/31 | | US$36,991.86 |
| DC-2K16-0913-03 | 2016/09/13 | 2016/10/03 | US$41,034.24 | 2017/01/31 | | US$41,034.24 |
| DC-2K16-0923-04 | 2016/09/23 | 2016/10/03 | US$37,528.32 | 2017/01/31 | | US$37,528.32 |
| DC-2K16-0923-05 | 2016/09/23 | 2016/10/09 | US$36,359.06 | 2017/02/06 | | US$36,359.06 |
| DC-2K16-0927-06 | 2016/09/27 | 2016/10/09 | US$38,459.64 | 2017/02/06 | | US$38,459.64 |
| DC-2K16-0927-01 | 2016/09/27 | 2016/10/10 | US$36,098.66 | 2017/02/07 | | US$36,098.66 |
| TOTAL | | | US$2,376,343.66 | | | US$2,376,343.66 |

# Exhibit B

참가. 채권신고내역

Fill in this information to identify the case:

Name of Debtor & Case Number:

**ValuePart, Incorporated**
**Case No: 16-34169**

UpShot Services LLC

DEC 22 2016

Received

United States Bankruptcy Court for the Northern District of Texas

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

## Part 1: Identify the Claim

1. Who is the current creditor?
   DAECHANG FORGING CO., LTD.
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?
   ☑ No
   ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   DAECHANG FORGING CO., LTD.
   Name
   115-92, BONGNIM-RO, SAENGNIM-MYEON,
   Number   Street
   GIMHAE-SI, GYEONGSANGNAM-DO, KOREA
   City         State         ZIP Code
   Contact phone  82 55 3293911
   Contact email  sjlee@dcf.co.kr

   Where should payments to the creditor be sent? (if different)
   Name
   Number   Street
   City         State         ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one)
   ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

4. Does this claim amend one already filed?
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on __/__/____ MM/DD/YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim       86           page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor _____

7. How much is the claim? $ 2,376,343.66
   Does this amount include interest or other charges?
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Goods sold

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $_____
   Amount of the claim that is secured: $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410   Proof of Claim   page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/06/2016

Signature: _X_____

Print the name of the person who is completing and signing this claim:

Name: KWON IL PARK
Title: PRESIDENT
Company: DAECHANG FORGING Co. LTD
Address: 115-92, BONGNIM-RO, SAENGNIM-MYEON
GIMHAE-SI, GYEONGSANGNAM-DO, KOREA
Contact phone: +82 10 2999 1960
Email: kipark@dcf.co.kr
+82 55 329 3911

Supporting Documents

Official Form 410     Proof of Claim     page 3

| B/L DATE | INVOICE NO | AMOUNT | PAYMENT TERMS |
|---|---|---|---|
| 2016/05/29 | DC-2K16-0519-02 | $42,453.10 | T/T 120 |
| 2016/05/30 | DC-2K16-0516-03 | $36,176.38 | T/T 120 |
| 2016/05/30 | DC-2K16-0519-07 | $34,206.02 | T/T 120 |
| 2016/06/05 | DC-2K16-0523-08 | $43,541.20 | T/T 120 |
| 2016/06/05 | DC-2K16-0526-02 | $40,654.08 | T/T 120 |
| 2016/06/08 | DC-2K16-0519-03 | $33,948.48 | T/T 120 |
| 2016/06/11 | DC-2K16-0603-02 | $42,416.76 | T/T 120 |
| 2016/06/15 | DC-2K16-0523-09 | $37,354.86 | T/T 120 |
| 2016/06/15 | DC-2K16-0603-03 | $33,601.12 | T/T 120 |
| 2016/06/18 | DC-2K16-0614-04 | $38,479.22 | T/T 120 |
| 2016/06/18 | DC-2K16-0614-06 | $34,763.16 | T/T 120 |
| 2016/06/22 | DC-2K16-0614-05 | $42,157.90 | T/T 120 |
| 2016/06/30 | DC-2K16-0619-01 | $43,838.10 | T/T 120 |
| 2016/07/01 | DC-2K16-0619-02 | $46,352.82 | T/T 120 |
| 2016/07/01 | DC-2K16-0619-03 | $41,310.60 | T/T 120 |
| 2016/07/07 | DC-2K16-0619-04 | $39,464.22 | T/T 120 |
| 2016/07/08 | DC-2K16-0628-04 | $39,481.16 | T/T 120 |
| 2016/07/13 | DC-2K16-0701-05 | $39,911.16 | T/T 120 |
| 2016/07/19 | DC-2K16-0705-09 | $33,707.80 | T/T 120 |
| 2016/07/19 | DC-2K16-0708-01 | $38,046.32 | T/T 120 |
| 2016/07/20 | DC-2K16-0708-02 | $36,386.80 | T/T 120 |
| 2016/07/21 | DC-2K16-0708-03 | $36,057.64 | T/T 120 |
| 2016/07/27 | DC-2K16-0715-07 | $37,883.72 | T/T 120 |
| 2016/07/27 | DC-2K16-0715-08 | $40,188.50 | T/T 120 |
| 2016/07/27 | DC-2K16-0716-03 | $37,389.06 | T/T 120 |
| 2016/07/30 | DC-2K16-0715-06 | $35,363.48 | T/T 120 |
| 2016/07/31 | DC-2K16-0715-05 | $41,576.04 | T/T 120 |
| 2016/08/04 | DC-2K16-0727-06 | $42,000.04 | T/T 120 |
| 2016/08/05 | DC-2K16-0726-03 | $39,774.12 | T/T 120 |
| 2016/08/10 | DC-2K16-0726-01 | $43,480.24 | T/T 120 |
| 2016/08/10 | DC-2K16-0726-02 | $40,862.72 | T/T 120 |
| 2016/08/15 | DC-2K16-0810-03 | $42,946.10 | T/T 120 |
| 2016/08/21 | DC-2K16-0802-10 | $36,295.88 | T/T 120 |
| 2016/08/21 | DC-2K16-0812-05 | $43,184.50 | T/T 120 |
| 2016/08/22 | DC-2K16-0812-06 | $42,790.92 | T/T 120 |
| 2016/08/22 | DC-2K16-0812-13 | $40,830.34 | T/T 120 |
| 2016/08/27 | DC-2K16-0816-06 | $43,377.40 | T/T 120 |
| 2016/09/03 | DC-2K16-0829-09 | $34,292.08 | T/T 120 |
| 2016/09/04 | DC-2K16-0829-02 | $43,697.68 | T/T 120 |
| 2016/09/05 | DC-2K16-0826-04 | $40,460.88 | T/T 120 |
| 2016/09/07 | DC-2K16-0831-07 | $44,240.56 | T/T 120 |
| 2016/09/12 | DC-2K16-0831-06 | $42,401.36 | T/T 120 |
| 2016/09/21 | DC-2K16-0826-10 | $39,682.62 | T/T 120 |
| 2016/09/21 | DC-2K16-0831-09 | $41,374.70 | T/T 120 |
| 2016/09/23 | DC-2K16-0913-02 | $42,156.62 | T/T 120 |
| 2016/09/24 | DC-2K16-0908-05 | $44,372.88 | T/T 120 |
| 2016/09/24 | DC-2K16-0909-09 | $39,760.88 | T/T 120 |
| 2016/09/25 | DC-2K16-0901-06 | $40,735.72 | T/T 120 |
| 2016/09/25 | DC-2K16-0905-09 | $40,390.58 | T/T 120 |
| 2016/09/25 | DC-2K16-0908-06 | $40,140.40 | T/T 120 |
| 2016/09/25 | DC-2K16-0908-07 | $42,704.16 | T/T 120 |
| 2016/09/28 | DC-2K16-0909-08 | $34,785.40 | T/T 120 |
| 2016/09/28 | DC-2K16-0913-01 | $37,886.40 | T/T 120 |
| 2016-10-02 | DC-2K16-0922-04 | $38,537.00 | T/T 120 |
| 2016-10-03 | DC-2K16-0905-08 | $36,991.86 | T/T 120 |
| 2016-10-03 | DC-2K16-0913-03 | $41,034.24 | T/T 120 |
| 2016-10-03 | DC-2K16-0923-04 | $37,528.32 | T/T 120 |
| 2016-10-09 | DC-2K16-0923-05 | $36,359.06 | T/T 120 |
| 2016-10-09 | DC-2K16-0927-06 | $38,459.64 | T/T 120 |
| 2016-10-09 | DC-2K16-0927-01 | $36,098.66 | T/T 120 |
| TOTAL | | $2,376,343.66 | |

Case 16-34169-hdh11 Doc 47 Filed 11/04/16    Entered 11/04/16 15:12:23    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | Chapter 11 |
| Valuepart, Incorporated, | § | |
| | § | Case No.: 16-34169-HDH-11 |
| Debtor. | § | |

## NOTICE OF CHAPTER 11 BANKRUPTCY FILING

TO:  ALL CREDITORS, EMPLOYEES, AND OTHER INTERESTED PARTIES

**COMMENCEMENT OF CASES:** On October 27, 2016 (the "**Petition Date**"), Valuepart, Incorporated (the "**Debtor**"), the debtor in the above-captioned chapter 11 case, filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. An order for relief has been entered as to the Debtor.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read this notice carefully.**

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS:** A creditor is anyone who is owed money or property by the Debtor. The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property without first seeking court permission. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone or otherwise. A creditor who is considering taking action against the Debtor or property of the Debtor should review Section 362 of the Bankruptcy Code, which imposes the automatic stay, and may wish to seek legal advice. The staff of the Clerk of the Court is not permitted to give legal advice. Be advised that the bankruptcy court may penalize creditors who take action against the Debtor without first obtaining permission from the court by imposing actual or punitive damages and attorney fees for violation of the automatic stay.

**MEETING OF CREDITORS:** A meeting of creditors in accordance with Bankruptcy Code § 341(a) will be held on December 7, 2016 at 11:00 A.M. at 1100 Commerce Street, Room 976, Dallas, Texas 75242. If you intend to attend this meeting, please do not arrive before 10:30 A.M., as the room will be in use for other matters.

**FIRST-DAY PLEADINGS/ORDERS:** Following the hearings that took place on October 28, 2016 and November 1, 2016, respectively (the "**First-Day Hearings**"), the Bankruptcy Court entered orders granting various forms of relief to the Debtor. These orders, the pleadings on which they are based, and all other pleadings in this case are available on the Debtors' website at www.upshotservices.com/ValuePart or on the Bankruptcy Court's website at https://ecf.txnb.uscourts.gov/. You can request any pleading you need from (i) the proposed noticing agent at: UpShot Services LLC, 8269 E. 23rd Avenue, Suite 275, Denver, Colorado, 80238, 855-812-6112 (toll-free), (ValuePartInfo@upshotservices.com) or (ii) counsel for the Debtor at: Gardere Wynne Sewell LLP, c/o Mark C. Moore, 2021 McKinney Avenue, Suite 1600, Dallas, Texas 75201

Gardere01 - 9613780v.1

(mmoore@gardere.com).

**SOME OF THE ORDERS ENTERED FOLLOWING THE FIRST-DAY HEARING MAY AFFECT YOUR RIGHTS. YOU SHOULD READ THE PLEADINGS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN CONNECTION WITH THESE CHAPTER 11 CASES. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE.**

**PROOF OF CLAIM:** A proof of claim is a signed statement describing a creditor's claim. In the coming days and/or weeks, the Debtor will file a schedule of creditors pursuant to Federal Rule of Bankruptcy Procedure 1007. You may review the schedules at the bankruptcy clerk's office or online at www.upshotservices.com/Valuepart. Your claim will be allowed in the amount scheduled unless (a) your claim is designated as disputed, contingent or unliquidated; (b) you file a proof of claim in a different amount; or you receive another notice. If your claim is listed on the schedules, and is not indicated as disputed, contingent, or unliquidated, you may — but are not required to — file a proof of claim. **If your claim is not listed on the schedules, or is listed as disputed, contingent, or unliquidated as to amount and you wish to participate in these cases, including voting on the plan or being paid on your claim, you must file a proof of claim.** If you choose to rely on the schedules, it is your responsibility to determine that the claim is listed accurately. A CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE LISTED BELOW MAY BE BARRED FROM ASSERTING ITS CLAIMS AGAINST THE DEBTOR. Unless otherwise ordered by the Bankruptcy Court, Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, which may result in certain consequences that a lawyer can further explain to you.

Proof of claim forms may be obtained from the Clerk of the United States Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce St., Rm. 1254 Dallas, TX 75242-1496, from the court's website at www.txnb.uscourts.gov/forms/ or from the Debtor's informational website: http://www.upshotservices.com/Valuepart.

**DEADLINE AND METHOD FOR FILING PROOFS OF CLAIM:** A deadline for filing Proofs of Claim in this case has been set for **MARCH 7, 2017** for all non-governmental creditors.

Should you wish to file a Proof of Claim in these cases, you may do so by mail, messenger, or overnight courier to:
Valuepart, Incorporated Claims Processing
c/o UpShot Services LLC
8269 E. 23rd Avenue, Suite 275
Denver, CO 80238

**FILING A CHAPTER 11 BANKRUPTCY CASE:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan.

Additional information about the bankruptcy cases may be obtained at www.upshotservices.com/Valuepart or by calling, toll-free, 855-812-6112.