CASE NAME: ValuePart, Incorporated

CASE NUMBER: 16-34169-HDH-11

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISON

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Printed Name of Responsible Party: Isa Passini

Title: CEO

Date: 7/19/2018

PREPARER:

Original Signature of Preparer

Printed Name of Preparer: Gregory Miyake

Title: Chief Accounting Officer

Date: 7/19/2018

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: ValuePart, Incorporated

CASE NUMBER: 16-34169-HDH-11

FISCAL QUARTER PERIOD: March 25, 2018 to June 23, 2018

| | | | |
|---|---|---|---:|
| 1 | BEGINNING OF QUARTER CASH BALANCE: | | $2,167,288.12 |
| | CASH RECEIPTS: | | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | | |
| | (a). Cash receipts from business operations | + | $11,561,671.89 |
| | (b). Cash receipts from loan proceeds | + | $10,446,931.45 |
| | (c). Cash receipts from contributed capital | + | $985,801.00 |
| | (d). Cash receipts from tax refunds | + | |
| | (e). Cash receipts from other sources | + | |
| 2 | TOTAL CASH RECEIPTS | = | $22,994,404.34 |
| | CASH DISBURSEMENTS: | | |
| | (A). PAYMENTS MADE UNDER THE PLAN: | | |
| | (1). Administrative | + | $142,771.00 |
| | (2). Secured Creditors | + | |
| | (3). Priority Creditors | + | |
| | (4). Unsecured Creditors | + | $124,479.17 |
| | (5). Additional Plan Payments | + | |
| | (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| | (1). General Business | + | $12,551,670.90 |
| | (2). Other Disbursements | + | |
| | (3). Loan Payments | + | $10,150,486.61 |
| 3 | TOTAL DISBURSEMENTS THIS QUARTER | | $22,969,407.68 |
| 4 | CASH BALANCE END OF QUARTER | = | $2,192,284.78 |

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: ValuePart, Incorporated

CASE NUMBER: 16-34169-HDH-11

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

FISCAL QUARTER ENDING: June 23, 2018

|   | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A. | Bank | PNC | PNC | PNC | PNC-CANADA | PNC-CANADA | | |
| B. | Account Number | 45-4522-8166 | 46-4522-8158 | 46-4523-1445 | 01024 1002492 | 01024 1002443 | | |
| C. | Purpose (Type) | Lockbox | | | Lockbox | | | |
| 1 | Balance Per Bank Statement | 74,558.18 | 428,898.17 | 37,668.11 | 0.00 | 281,137.96 | | $822,262.42 |
| 2 | Add: Total Deposits Not Credited | 0.00 | 0.00 | 0.00 | | 0.00 | + | $0.00 |
| 3 | Subtract: Outstanding Checks | 0.00 | (160,072.98) | 0.00 | | (130,152.23) | | ($290,225.21) |
| 4 | Other Reconciling Items | 0.00 | 132,108.11 | | | 21,433.94 | | $153,542.05 |
| 5 | Month End Balance Per Books | 74,558.18 | 400,933.30 | 37,668.11 | | 172,419.67 | = | $685,579.26 |
| 6 | Number of Last Check Written | | | | | | | |
| 7 | Cash: Currency on Hand | 0.00 | 0.00 | 0.00 | | 0.00 | + | $0.00 |
| 8 | Total Cash - End Of Month | 74,558.18 | 400,933.30 | 37,668.11 | 0.00 | 172,419.67 | = | $685,579.26 |

CASH IN:
INVESTMENT ACCOUNTS

|   | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | | | Value |
|---|---|---|---|---|---|---|---|---|
| 9 | PNC 4645232667 | 9/28/2017 | BC Collateral | | | | + | $1,506,705.52 |
| 10 | | | | | | | + | |
| 11 | | | | | | | + | |
| 12 | | | | | | | + | |
| 13 | Total Cash Investments | | | | | | = | $1,506,705.52 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | | | $2,192,284.78 |
| | | | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report